United States District Court
Southern District of Texas
**ENTERED**
March 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALMA ELIA SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-40 |
| | § | |
| SOCIAL SECURITY ADMINISTRATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

Pending before the Court is the Report and Recommendation of United States Magistrate Judge John Froeschner. Dkt. 22. On July 12, 2016, this case was referred to Judge Froeschner pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 13. Pending before Judge Froeschner was Defendant's (Carolyn W. Colvin, Acting Commissioner of the Social Security Administration) Motion for Summary Judgment. Dkt. 12. On March 6, 2017, Judge Froeschner filed a Report and Recommendation recommending that the Defendant's Motion for Summary Judgment be granted and that the Plaintiff's action be dismissed. Dkt. 22.

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) Judge Froeschner Report and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) The Defendant's Motion for Summary Judgment is **GRANTED**;

(3) The case is **DISMISSED;**

(4) All other pending motions are **DENIED as moot**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 22nd day of March, 2017.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge